of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. T. Manning, Jr.,* for petitioners. *Messrs. H. Alan Dawson* and *Roscoe H. Hupper* for respondent.

No. 264. OHIO EX REL. MOOCK *v.* CINCINNATI ET AL; and

No. 265. MOOCK *v.* CINCINNATI. October 21, 1929. Petition for writs of certiorari to the Supreme Court of Ohio denied. *Messrs. Province M. Pogue* and *Thomas L. Pogue* for petitioner. *Messrs. John D. Ellis, Ralph A. Kreimer,* and *Wm. E. Hess* for respondents.

No. 266. THACKER *v.* KENTUCKY. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. *Mr. Gardner K. Byers* for petitioner. *Messrs. J. W. Cammack* and *Samuel B. Kirby, Jr.,* for respondent.

No. 268. MATTHEW *v.* UNION CENTRAL LIFE INS. Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Andrew T. Matthew, pro se,* for petitioner. *Mr. F. Eldred Boland* for respondent.

No. 271. AKTIESELSKABET DAMPSKIB GANSFJORD ET AL. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John D. Grace* for petitioners. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Messrs. Claude R. Branch* and *J. Frank Staley* for the United States.